IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

NIPPON EXPRESS U.S.A., INC.,

      Plaintiffs,

v.

EVA AIRWAYS CORP.,

      Defendants.

No. C 13-02702 RS

**STANDBY ORDER OF DISMISSAL**

    The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **September 23, 2013**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **September 26, 2013 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

    IT IS SO ORDERED.

Dated: 8/5/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE