IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

NIPPON EXPRESS U.S.A., INC.,                      No. C 13-02702 RS

                Plaintiffs,

v.                                                **STANDBY ORDER OF DISMISSAL**

EVA AIRWAYS CORP.,

                Defendants.

_____/

      The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **September 23, 2013**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **September 26, 2013 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

      IT IS SO ORDERED.

Dated:  8/5/13

                                 RICHARD SEEBORG
                                 UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California